```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**DARRELL WILLIAMS,**                :
       Petitioner,          :
                                   :
vs.                                  : CIVIL ACTION NO. 12-00048-WS-B
                                   :
**LEON FORNISS,** *et al.***,**      :
       Respondents.         :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 24th day of July, 2012.

                            s/WILLIAM H. STEELE
                            **CHIEF UNITED STATES DISTRICT JUDGE**