IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARRELL WILLIAMS,                    :
                                     :
        Petitioner,                  :
                                     :
vs.                                  : CIVIL ACTION NO. 12-00048-WS-B
                                     :
LEON FORNISS, *et al.*,              :
                                     :
        Respondents.                 :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 24th of July, 2012.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**